UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

MICHAEL SANTOS.

------------------------------------------------------------X

01-CR-0537 (ARR) (CLP)

NOT FOR ELECTRONIC
OR PRINT PUBLICATION

ORDER

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated September 25, 2012, from the Honorable Cheryl L. Pollak, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

The court therefore orders that Michael A. Young be assigned nunc pro tunc to represent Michael Santos, and that Mr. Young be awarded $18,483.16 in attorney's fees and expenses.

SO ORDERED.

/s/(ARR)

Allyne R. Ross
United States District Judge

Dated: October 10, 2012
Brooklyn, New York